IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MILTON ALLEN SMITH,                          :
                                             :
        Plaintiff,                           :
                                             :
    v.                                       :
                                             :
BRINK TRANSPORT LLC,                         :
TRAVIS AARON BRINK,                          :        CASE NO:
PROGRESSIVE SOUTHEASTERN                     :        7:25-cv-166–WLS
INSURANCE COMPANY,                           :
JANE/JOHN DOE(S) 1-5, and                    :
X, Y, Z CORPORATIONS,                        :
                                             :
        Defendants.                          :
                                             :

## ORDER

Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint [Doc. 1] (Doc. 9) ("Motion to Dismiss"). On December 17, 2025, Plaintiff re-filed his First Amended Complaint (Doc. 14). Upon the filing of the First Amended Complaint, pending motions to dismiss with respect to the prior complaint became moot.

Accordingly, the Motion to Dismiss (Doc. 9) is **DENIED, AS MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 25th day of March 2026.[1]

                                        /s/W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**

---

[1] An Order denying the Motion to Dismiss (Doc. 9) as moot was prepared earlier, but inadvertently was not filed.

1