**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

MILTON ALLEN SMITH,

Senior District Judge W. Louis Sands

Plaintiffs,

v.

BRINK TRANSPORT LLC,
TRAVIS AARON BRINK,
PROGRESSIVE SOUTHEASTERN
INSURANCE COMPANY, AND
JANE/JOHN DOE(S) 1-5 AND
X, Y, Z CORPORATIONS,

Case No: 7:25-CV-00166-wls

Defendants.

______________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, MILTON ALLEN SMITH, and Defendants, BRINK TRANSPORT LLC, TRAVIS AARON BRINK, and PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, hereby stipulate and agree to the dismissal of the above action with prejudice. Each of the parties shall bear their own attorneys' fees and costs.

Dated this 22nd day of October, 2026.

By: /s/ Kenneth C. Wilson
Kenneth C. Wilson, Esq.
Georgia Bar No. 690235
OF COUNSEL
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Rd SE, Suite 400
Atlanta, GA 30339
(404) 751-1162 telephone
(334) 954-7555 facsimile
ken.wilson@beasleyallen.com
*Attorney for Plaintiff*

By: /s/ Justin B. Hales
Joshua C. Canton, Esq.
Georgia Bar No.: 683228
jcanton@conroysimberg.com
Justin B. Hales, Esq.
Georgia Bar No.: 340174
jhales@conroysimberg.com
CONROY SIMBERG
126 North Broad Street
Thomasville, GA 31792
Telephone: (229) 236-6126
Facsimile: (229) 226-5744
*Attorneys for Defendant*

**SO ORDERED this 23rd day of October, 2026**

W. Louis Sands

**W. Louis Sands, Sr. Judge**
**United States District Court**