IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MILTON ALLEN SMITH, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:25-cv-166 (WLS) |
| | * | |
| BRINK TRANSPORT, LL, et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk